No. 711, Misc. JACKSON *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 719, Misc. CLARK *v.* EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied.

No. 721, Misc. GINGER *v.* CULEHAN, JUDGE, ET AL. Supreme Court of Michigan. Certiorari denied. 

No. 725, Misc. RUARK ET AL. *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 726, Misc. HANOVICH *v.* OHIO ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *John T. Corrigan* for respondents.

No. 737, Misc. RICH *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 738, Misc. GONZALES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 742, Misc. LUGO *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 761, Misc. KERSHNER ET AL. *v.* BOLES, WARDEN, ET AL. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 937, Misc. LUTON *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied. *William Vandercreek* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Sam R. Wilson,* Assistant Attorney General, and *Henry Wade* for respondents.